Katheryn Bilodeau (Idaho State Bar No. 9002)
Friends of the Clearwater
P.O. Box 9241
Moscow, ID 83843
Ph: (208) 301-8707
katie@friendsoftheclearwater.org

John R. Mellgren (OR Bar No. 114620)
(Admitted *pro hac vice*)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Ste. 340
Eugene, OR 97401
Ph: (541) 359-0990
mellgren@westernlaw.org

David A. Bahr (Or. Bar No. 901990)
(Admitted *pro hac vice*)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
Ph: (541) 556-6439
davebahr@mindspring.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRIENDS OF THE CLEARWATER, a non-profit corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CHERYL PROBERT, in her official capacity as Forest Supervisor for the Nez Perce-Clearwater National Forests; UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>  Defendants. | Case No. 3:21-CV-00056-BLW<br><br>**REVISED JOINT LITIGATION PLAN** |

The parties respectfully submit the following Revised Joint Proposed Litigation Plan for the Court's consideration:

## LITIGATION PLAN

PRESIDING JUDGE: B. Lynn Winmill

DATE OF SCHEDULING CONFERENCE: August 12, 2021 at 11:00 a.m.

CASE NO: 3:21-CV-00056-BLW     NATURE OF SUIT: 893 Environmental Matters

CASE NAME: *Friends of the Clearwater v. Probert*

PARTY SUBMITTING PLAN:
☒ Plan **has been** stipulated to by all parties.
☐ Plan **has not been** stipulated to, but is submitted by:

1. **CASE MANAGEMENT TRACK**:

    ☒ **Legal Track** - Cases that involve legal issues likely to be resolved by motion rather than trial. There will be little, if any, discovery. A motion hearing will be set at the case management conference.

2. **DISPOSITIVE MOTIONS FILING CUT-OFF DATE**: Since this case challenges an agency decision under the Administrative Procedure Act (APA), counsel agree that this case can be resolved by motions for summary judgment based on the administrative record, according to the schedule presented below.

3. **JOINDER OF PARTIES & AMENDMENT OF PLEADINGS CUT-OFF DATE:** August 31, 2021

4. **ALTERNATE DISPUTE RESOLUTION OPTIONS** - The parties agree that this case is not suitable for mediation at this stage of the proceedings.

5. **DISCOVERY PLAN.** Fed. R. Civ. P. 26(f):  Because this case involves judicial review of agency action under the APA and will be resolved by dispositive motions rather than trial, the parties agree that there is no need for a discovery plan or to establish dates for discovery cut-off, expert disclosures, or trial. If any party subsequently determines that it might need discovery for any purpose, that party will make a motion for leave of the Court to conduct such discovery.

6. **FACTUAL DISCOVERY CUT-OFF DATE:** N/A

7. **EXPERT DISCOVERY CUT-OFF DATE:** N/A

8. **EXPERT TESTIMONY DISCLOSURES:** N/A

9. **TRIAL DATE:** N/A (APA judicial review case with no trial)

10. **PROPOSED LITIGATION SCHEDULE:**

    Administrative Record:

    - Defendants provided the Administrative Record to Plaintiff on July 6, 2021.

    - The parties have resolved Plaintiff's objections to the administrative record.

    - Defendants shall lodge the Administrative Record on or before August 20, 2021.

    Summary Judgment:

    - Plaintiff's Motion for Summary Judgment and Opening Brief shall be filed on or before **August 31, 2021**

    - Defendants' Cross-Motion for Summary Judgment and combined Opening/Response Brief shall be filed on or before **September 28, 2021.**

    - Plaintiff's Combined Response/Reply Brief shall be filed on or before **October 29, 2021**

    - Defendants' Reply Brief shall be filed on or before **November 12, 2021.**

    - The parties jointly request that the Court expand the page limits provided in Local Rule 7.1 so that the Opening Briefs may be 30 pages long and the Reply Briefs may be 15 pages long.

Dated this 9th day of August, 2021.

Respectfully submitted,

/s/ Katheryn Bilodeau
Katheryn Bilodeau (Idaho State Bar No. 9002)
Friends of the Clearwater
P.O. Box 9241
Moscow, ID 83843
Ph: (208) 301-8707
katie@friendsoftheclearwater.org

/s/ John R. Mellgren
John R. Mellgren (OR Bar No. 114620)

(Admitted *pro hac vice*)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Ste. 340
Eugene, OR 97401
Ph: (541) 359-0990
mellgren@westernlaw.org

David A. Bahr (Or. Bar No. 901990)
(Admitted *pro hac vice*)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
Ph: (541) 556-6439
davebahr@mindspring.com

*Attorneys for Plaintiff*

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By


/s/ Christine G. England
**CHRISTINE G. ENGLAND, IDAHO STATE BAR NO. 11390**
**ASSISTANT UNITED STATES ATTORNEY**

*Attorneys for Defendants*