<u>VIDEO CIVIL MOTION HEARING</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| Date: December 20, 2021 | |
| Judge B. Lynn Winmill | Deputy Clerk: Jamie Gearhart |
| Case No. 3:21-cv-56 | Reporter: Tammy Hohenleitner |
| Place: Video | Time: 9:35 – 10:54 a.m. |

<u>Friends of the Clearwater v. Cheryl F. Probert, et al</u>

Counsel for Plaintiff: Dave Bahr, John Mellgren, and Katheryn Bilodeau

Counsel for Defendant: Bob Firpo and Christine England

A motion hearing was held by Zoom on December 20, 2021 regarding the following motions:

1. Plaintiff's Motion for Summary Judgment (Dkt. 25), and

2. The Forest Service's Cross-Motion for Summary Judgement (Dkt. 29).

The Court took the matter under advisement. A written decision is forthcoming.