Katheryn Bilodeau (Idaho State Bar No. 9002)
Friends of the Clearwater
P.O. Box 9241
Moscow, ID 83843
Ph: (208) 301-8707
katie@friendsoftheclearwater.org

John R. Mellgren (Or. Bar No. 114620)
(Admitted *pro hac vice*)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Ste. 340
Eugene, OR 97401
Ph: (541) 359-0990
mellgren@westernlaw.org

David A. Bahr (Or. Bar No. 901990)
(Admitted *pro hac vice*)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
Ph: (541) 556-6439
davebahr@mindspring.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **FRIENDS OF THE CLEARWATER**, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**CHERYL PROBERT**, in her official capacity as Forest Supervisor for the Nez Perce-Clearwater National Forests; **UNITED STATES FOREST SERVICE**, an agency of the U.S. Department of Agriculture,<br><br>Defendants. | Case No. 3:21-CV-00056-BLW<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE REMEDIES REPLY BRIEF** |

Plaintiff Friends of the Clearwater hereby respectfully files this unopposed motion to extend the deadline until July 22, 2022, in which to file their remedies reply brief under Fed. R. Civ. P. 6(b) and Local Rule 6.1(a). Plaintiff's reply is currently due July 8, 2022 pursuant to the Court's order issued April 21, 2022. Dkt. #48.

Federal Defendants and Defendant-Intervenors do not oppose to this request, and consent to the July 22, 2022 reply deadline.

Good cause exists for this request. Last week, Plaintiff's lead counsel, John Mellgren, contracted the COVID virus which then spread throughout his family. He appears to be starting his recovery but must now attend to his family's needs while they manage quarantine logistics. These developments are unavoidably delaying completion of Plaintiff's remedies reply brief.

This request is Plaintiff's second extension request in this litigation. The Court has previously granted three prior extension requests during earlier phases of this litigation. *See* ECF Nos. 11, 27, 48.

Respectfully submitted this 28th day of June, 2022,

/s/ David A. Bahr
David A. Bahr (Or. Bar No. 901990)
(Admitted *pro hac vice*)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
Ph: (541) 556-6439
davebahr@mindspring.com

John R. Mellgren (Or. Bar No. 114620)
(Admitted *pro hac vice*)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Ste. 340
Eugene, OR 97401
Ph: (541) 359-0990
mellgren@westernlaw.org

Katheryn Bilodeau (Idaho Bar No. 9002)
Friends of the Clearwater
P.O. Box 9241
Moscow, ID 83843
Ph: (208) 301-8707
katie@friendsoftheclearwater.org

*Attorneys for Plaintiff*

PLAINTIFF'S MOTION FOR EXTENSION                                                                 2